# UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF TENNESSEE

### ORDER OF PRODUCTION

FILED BY __lv__ _DC

05 JUN 30 PM 3: 35

ROBERT R. DI TROLIO
CLERK OF U.S. DIST. CT
W.D. OF TN-JACKSON

NO: 1:03-10033-01-T
USA v. Curtis Murphy
AD Prosequendum
FOR: Re-Sentencing

TO: USM, Western District of TN
Warden, FCI Forrest City, AR, Federal Correctional Institution
1301 Dale Bumpers Road, Forrest City, AR 72335

YOU ARE HEREBY COMMANDED to have the person of Curtis Murphy, Inmate # 19027-076, by you restrained of his/her liberty, as it is said, by whatsoever names detained, together with the day and cause of his being taken and detained, before the Honorable James D. Todd, U. S. District Court Judge, for the Western District of Tennessee, at the room of said Court, in the **City of Jackson, Tennessee, at** 8:45 **a.m. on the** 29th **day of** July **, 20** 05 **,** then and there to do, submit to, and receive whatsoever the said Judge shall then and there determine in that behalf; and have you then and there this writ; further, to hold him in federal custody until disposition of this case and to produce him for such other appearances as this court may direct.

ENTERED THIS 20th DAY OF June, 20 05.

JAMES D. TODD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 7/1/05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 136 in case 1:03-CR-10033 was distributed by fax, mail, or direct printing on July 1, 2005 to the parties listed.

---

Larry E. Fitzgerald
FITZGERALD & HARRIS
22 N. Second Street
Ste. 410
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT