IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-10033-T |
| | ) | |
| CURTIS JEROME MURPHY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER DENYING DEFENDANT'S MOTION FOR
## RETURN OF PERSONAL PROPERTY

Defendant, Curtis Murphy, was convicted along with a co-defendant, Andrew Bryant, of aiding and abetting each other in possessing with intent to distribute cocaine base and marijuana. Both were also convicted of possession of a firearm during and in relation to drug trafficking. During the course of a police investigation, defendant's residence was searched and pieces of his property were seized, including $3089.00 in cash, four television sets, two automobile television sets, three DVD players, four stereos, two gold necklaces, three gold rings, five cellular phones, and other materials. Defendant challenged the constitutionality of the search but the district court denied his motion to suppress the evidence. The Sixth Circuit upheld defendant's conviction.

1


This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8/15/05

United States v. Bryant, 2005 WL 1312473 (6th Cir., May 13, 2005). Meanwhile, the State of Tennessee instituted forfeiture proceedings against defendant authorized by 21 U.S.C. § 881, which provides for the forfeiture of property used in drug trafficking. Defendant's mother, Carolyn Murphy, served as the claimant in the proceedings. As a result of the forfeiture proceedings, the property was forfeited to the State. Before the court is defendant's motion filed pursuant to Fed. R. Crim. P. 41(e), seeking return of his personal property.

The administrative forfeiture proceedings against defendant commenced and concluded prior to the filing of this motion. The Sixth Circuit has held that a defendant may not bypass a civil forfeiture action filed by the government using Rule 41(e). See Shaw v. United States, 891 F.2d 602, 603 (6th Cir. 1989). Therefore, defendant may not avail himself using a Rule 41(e) motion.

For the foregoing reasons, the court DENIES defendant's motion for return of personal property.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

12 august 2005
DATE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 142 in case 1:03-CR-10033 was distributed by fax, mail, or direct printing on August 15, 2005 to the parties listed.

---

Larry E. Fitzgerald
FITZGERALD & HARRIS
100 N. Main St.
Ste. 901
Memphis, TN 38103

Curtis Murphy
19027-076
P.O. Box 509
Mason, TN 38049

Larry E. Fitzgerald
FITZGERALD & HARRIS
100 N. Main St.
Ste. 901
Memphis, TN 38103

Victor Lee Ivy
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Victor Lee Ivy
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Curtis Murphy
19027-076
P.O. Box 509
Mason, TN 38049

Honorable James Todd
US DISTRICT COURT